## 30166. PRESSLEY v. THE STATE.

UNDERCOFLER, Presiding Justice.

Appellant was convicted of malice murder, felony murder and armed robbery. He was sentenced to three consecutive life sentences. This appeal followed. *Held:*

1. The evidence was sufficient to corroborate the testimony of the alleged accomplice. It can not be said that the verdict was contrary to the evidence. *Brown v. State,* 232 Ga. 838 (209 SE2d 180).

2. There was only one victim. The felony murder is included in the malice murder. *Burke v. State,* 234 Ga. 512 (216 SE2d 812). The trial court is directed to vacate the

sentence for felony murder.

*Judgment affirmed with direction. All the Justices concur.*

ARGUED SEPTEMBER 4, 1975 — DECIDED SEPTEMBER 23, 1975 — REHEARING DENIED OCTOBER 16, 1975.

*Spence & Knighton, Virgil C. Spence,* for appellant.

*George W. Darden, District Attorney, B. Wayne Phillips, Assistant District Attorney, Arthur K. Bolton, Attorney General,* for appellee.